1
2
3
4
5
6

## IN THE UNITED STATES DISTRICT COURT

7

## FOR THE DISTRICT OF ARIZONA

8
9

Miguel Eliseo Bernal Ramirez,

No. CV-25-04590-PHX-MTL (CDB)

10

Petitioner,

**ORDER**

11

v.

12

Kristi Noem, et al.,

13

Respondents.

14

15    Petitioner filed this action challenging his immigration detention.  A district court
16 in the Central District of California recently certified a class that includes Petitioner.
17 *Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3288403, at *1 (C.D. Cal.
18 Nov. 25, 2025).  On December 18, 2025, the *Bautista* court entered judgment under Rule
19 54(b) declaring "the Bond Eligible Class members are detained under 8 U.S.C. § 1226(a)
20 and are not subject to mandatory detention under § 1225(b)(2)" and vacating "the
21 Department of Homeland Security policy described in the July 8, 2025, 'Interim Guidance
22 Regarding Detention Authority for Applicants for Admission' under the Administrative
23 Procedure Act as not in accordance with law. 5 U.S.C. § 706(2)(A)." *Bautista v. Santacruz*,
24 No. 5:25-CV-01873-SSS-BFM, Document 94 (C.D. Cal. Dec. 18, 2025).  Pursuant to that
25 judgment, Petitioner is entitled to be released from custody or provided a bond
26 redetermination hearing within ten days.[*]
27 ///
28

---

[*] Because the immigration court will be closed December 24 through December 28, the
Court will extend the time within which Respondents must provide a bond hearing.

**IT IS ORDERED**:

1. Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted**.

2. Respondents must provide Petitioner a bond redetermination hearing within **ten days** or release him from custody under the same conditions that existed before his detention.

3. Respondents must provide a notice of compliance within **three days** of releasing Petitioner or providing him a bond hearing.

4. Any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 22nd day of December, 2025.

Michael T. Liburdi
United States District Judge